## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jason Edward Lander            **BK NO. 19-01985 HWV**
     Madalyn Michelle Lander

                                **Chapter 13**

                     **Debtors**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.


                       Respectfully submitted,



                       **/s/ James C. Warmbrodt, Esquire**
                       James C. Warmbrodt, Esquire
                       KML Law Group, P.C.
                       BNY Mellon Independence Center
                       701 Market Street, Suite 5000
                       Philadelphia, PA  19106
                       215-627-1322