AL-MAR RV INC
15799 YOUNG RD
GREENCASTLE PA 17225

1303-8541
ORG1:2 Sales
EE ID: 64 DD

Payrolls by Paychex, Inc.

JASON LANDER
6745 LITTLE COVE ROAD
MERCERSBURG PA 17236

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**

Jason Lander
6745 Little Cove Road
Mercersburg, PA 17236
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 64

**Home Department:** 2 Sales

**Pay Period:** 01/01/19 **to** 01/31/19
**Check Date:** 02/04/19 **Check #:** 6807

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0508 | 748.17 | 2353.22 |
| **NET PAY** | **748.17** | **2353.22** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Commission | | | 1000.00 | | 1000.00 |
| Commissio Units | | | | 1.00 | 300.00 |
| Hourly | | | | 216.83 | 1572.02 |
| Overtime | | | | 14.85 | 161.50 |
| Holiday | | | | 16.00 | 116.00 |
| **Total Hours** | | | | 247.68 | |
| **Gross Earnings** | | | 1000.00 | | 3149.52 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 62.00 | 195.27 |
| Medicare | | 14.50 | 45.67 |
| PA Income Tax | | 30.70 | 96.69 |
| PA Unemploy | | 0.60 | 1.89 |
| PA ANTRI-Fra Inc | | 10.00 | 31.50 |
| PA LANTR-Fra LS | | 2.00 | 10.00 |
| **TOTAL** | | 119.80 | 381.02 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 132.03 | 3269.51 | 415.28 |
| **TOTAL** | 132.03 | | 415.28 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **748.17** | **2353.22** |

Payrolls by Paychex, Inc.

**0027 1303-8541** Al-Mar RV INC • 15799 Young Rd • Greencastle PA 17225 • (717) 597-0939

AL-MAR RV INC
15799 YOUNG RD
GREENCASTLE PA 17225

1303-8541
ORG1:2 Sales
EE ID: 64 DD

Payrolls by Paychex, Inc.

JASON LANDER
6745 LITTLE COVE ROAD
MERCERSBURG PA 17236

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Jason Lander
6745 Little Cove Road
Mercersburg, PA 17236
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 64

**Home Department:** 2 Sales

**Pay Period:** 01/28/19 **to** 02/10/19
**Check Date:** 02/12/19 **Check #:** 6824

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0508 | 509.47 | 2862.69 |
| **NET PAY** | **509.47** | **2862.69** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Commission | | | | | 1000.00 |
| Commissio Units | | | | 1.00 | 300.00 |
| Hourly | 80.00 | 7.2500 | 580.00 | 296.83 | 2152.02 |
| Overtime | 9.35 | 10.8750 | 101.68 | 24.20 | 263.18 |
| Holiday | | | | 16.00 | 116.00 |
| **Total Hours** | 89.35 | | | 337.03 | |
| **Gross Earnings** | | | 681.68 | | 3831.20 |
| **Total Hrs Worked** | 89.35 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 42.26 | 237.53 |
| Medicare | | 9.88 | 55.55 |
| PA Income Tax | | 20.93 | 117.62 |
| PA Unemploy | | 0.41 | 2.30 |
| PA ANTRI-Fra Inc | | 6.82 | 38.32 |
| PA LANTR-Fra LS | | 2.00 | 12.00 |
| **TOTAL** | | 82.30 | 463.32 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 89.91 | 3179.60 | 505.19 |
| **TOTAL** | 89.91 | | 505.19 |

**NET PAY**

| THIS PERIOD ($) | YTD ($) |
|---|---|
| **509.47** | **2862.69** |

Payrolls by Paychex, Inc.

**0027 1303-8541** Al-Mar RV INC • 15799 Young Rd • Greencastle PA 17225 • (717) 597-0939

AL-MAR RV INC
15799 YOUNG RD
GREENCASTLE PA 17225

1303-8541
ORG1:2 Sales
EE ID: 64 DD

Payrolls by Paychex, Inc.

JASON LANDER
6745 LITTLE COVE ROAD
MERCERSBURG PA 17236

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Jason Lander
6745 Little Cove Road
Mercersburg, PA 17236
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 64

**Home Department:** 2 Sales

**Pay Period:** 02/11/19 to 02/24/19
**Check Date:** 02/26/19 **Check #:** 6874

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0508 | 521.13 | 3383.82 |
| **NET PAY** | **521.13** | **3383.82** |

**TIME OFF** (Based on Policy Year)

| *DESCRIPTION* | *AMT TAKEN* | *TOTAL BAL* |
|---|---|---|
| PTO | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| *DESCRIPTION* | *HRS/UNITS* | *RATE* | *THIS PERIOD ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|
| Commission | | | | | 1000.00 |
| Commissio Units | | | | 1.00 | 300.00 |
| Hourly | 80.00 | 7.2500 | 580.00 | 376.83 | 2732.02 |
| Overtime | 10.78 | 10.8750 | 117.23 | 34.98 | 380.41 |
| Holiday | | | | 16.00 | 116.00 |
| **Total Hours** | 90.78 | | | 427.81 | |
| **Gross Earnings** | | | 697.23 | | 4528.43 |
| **Total Hrs Worked** | 90.78 | | | | |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 43.23 | 280.76 |
| Medicare | | 10.11 | 65.66 |
| PA Income Tax | | 21.40 | 139.02 |
| PA Unemploy | | 0.42 | 2.72 |
| PA ANTRI-Fra Inc | | 6.97 | 45.29 |
| PA LANTR-Fra LS | | 2.00 | 14.00 |
| **TOTAL** | | 84.13 | 547.45 |

**DEDUCTIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *BALANCE* | *YTD ($)* |
|---|---|---|---|
| Garnishment | 91.97 | 3087.63 | 597.16 |
| **TOTAL** | 91.97 | | 597.16 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **521.13** | **3383.82** |

Payrolls by Paychex, Inc.

**0027 1303-8541** Al-Mar RV INC • 15799 Young Rd • Greencastle PA 17225 • (717) 597-0939

AL-MAR RV INC
15799 YOUNG RD
GREENCASTLE PA 17225

1303-8541
ORG1:2 Sales
EE ID: 64 DD

Payrolls by Paychex, Inc.

JASON LANDER
6745 LITTLE COVE ROAD
MERCERSBURG PA 17236

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**

Jason Lander
6745 Little Cove Road
Mercersburg, PA 17236
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 64

**Home Department:** 2 Sales

**Pay Period:** 02/01/19 to 02/28/19
**Check Date:** 03/04/19 **Check #:** 6922

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0508 | 898.14 | 4281.96 |
| **NET PAY** | **898.14** | **4281.96** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Commission | | | 1200.00 | | 2200.00 |
| Commissio Units | | | | 1.00 | 300.00 |
| Hourly | | | | 376.83 | 2732.02 |
| Overtime | | | | 34.98 | 380.41 |
| Holiday | | | | 16.00 | 116.00 |
| **Total Hours** | | | | 427.81 | |
| **Gross Earnings** | | | 1200.00 | | 5728.43 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 74.40 | 355.16 |
| Medicare | | 17.40 | 83.06 |
| PA Income Tax | | 36.84 | 175.86 |
| PA Unemploy | | 0.72 | 3.44 |
| PA ANTRI-Fra Inc | | 12.00 | 57.29 |
| PA LANTR-Fra LS | | 2.00 | 16.00 |
| **TOTAL** | | 143.36 | 690.81 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 158.50 | 2929.13 | 755.66 |
| **TOTAL** | 158.50 | | 755.66 |

**NET PAY**

| THIS PERIOD ($) | YTD ($) |
|---|---|
| **898.14** | **4281.96** |

Payrolls by Paychex, Inc.

**0027 1303-8541** Al-Mar RV INC • 15799 Young Rd • Greencastle PA 17225 • (717) 597-0939

AL-MAR RV INC
15799 YOUNG RD
GREENCASTLE PA 17225

1303-8541
ORG1:2 Sales
EE ID: 64 DD

Payrolls by Paychex, Inc.

JASON LANDER
6745 LITTLE COVE ROAD
MERCERSBURG PA 17236

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Jason Lander
6745 Little Cove Road
Mercersburg, PA 17236
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 64

**Home Department:** 2 Sales

**Pay Period:** 02/25/19 to 03/10/19
**Check Date:** 03/12/19 **Check #:** 6955

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0508 | 600.81 | 4882.77 |
| **NET PAY** | **600.81** | **4882.77** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Commission | | | | | 2200.00 |
| Commissio Units | | | | 1.00 | 300.00 |
| Hourly | 80.00 | 7.2500 | 580.00 | 456.83 | 3312.02 |
| Overtime | 20.55 | 10.8750 | 223.48 | 55.53 | 603.89 |
| Holiday | | | | 16.00 | 116.00 |
| **Total Hours** | 100.55 | | | 528.36 | |
| **Gross Earnings** | | | 803.48 | | 6531.91 |
| **Total Hrs Worked** | 100.55 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.82 | 404.98 |
| Medicare | | 11.65 | 94.71 |
| PA Income Tax | | 24.67 | 200.53 |
| PA Unemploy | | 0.48 | 3.92 |
| PA ANTRI-Fra Inc | | 8.03 | 65.32 |
| PA LANTR-Fra LS | | 2.00 | 18.00 |
| **TOTAL** | | 96.65 | 787.46 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 106.02 | 2823.11 | 861.68 |
| **TOTAL** | 106.02 | | 861.68 |

**NET PAY**

| THIS PERIOD ($) | YTD ($) |
|---|---|
| **600.81** | **4882.77** |

Payrolls by Paychex, Inc.

**0027 1303-8541** Al-Mar RV INC • 15799 Young Rd • Greencastle PA 17225 • (717) 597-0939

AL-MAR RV INC
15799 YOUNG RD
GREENCASTLE PA 17225

1303-8541
ORG1:2 Sales
EE ID: 64 DD

Payrolls by Paychex, Inc.

JASON LANDER
6745 LITTLE COVE ROAD
MERCERSBURG PA 17236

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Jason Lander
6745 Little Cove Road
Mercersburg, PA 17236
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 64

**Home Department:** 2 Sales

**Pay Period:** 03/11/19 **to** 03/24/19
**Check Date:** 03/26/19 **Check #:** 7008

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0508 | 534.51 | 5417.28 |
| **NET PAY** | **534.51** | **5417.28** |

**TIME OFF** (Based on Policy Year)

| *DESCRIPTION* | *AMT TAKEN* | *TOTAL BAL* |
|---|---|---|
| PTO | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| *DESCRIPTION* | *HRS/UNITS* | *RATE* | *THIS PERIOD ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|
| Commission | | | | | 2200.00 |
| Commissio Units | | | | 1.00 | 300.00 |
| Hourly | 80.00 | 7.2500 | 580.00 | 536.83 | 3892.02 |
| Overtime | 12.42 | 10.8750 | 135.07 | 67.95 | 738.96 |
| Holiday | | | | 16.00 | 116.00 |
| **Total Hours** | 92.42 | | | 620.78 | |
| **Gross Earnings** | | | 715.07 | | 7246.98 |
| **Total Hrs Worked** | 92.42 | | | | |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 44.33 | 449.31 |
| Medicare | | 10.37 | 105.08 |
| PA Income Tax | | 21.95 | 222.48 |
| PA Unemploy | | 0.43 | 4.35 |
| PA ANTRI-Fra Inc | | 7.15 | 72.47 |
| PA LANTR-Fra LS | | 2.00 | 20.00 |
| TOTAL | | 86.23 | 873.69 |

**DEDUCTIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *BALANCE* | *YTD ($)* |
|---|---|---|---|
| Garnishment | 94.33 | 2728.78 | 956.01 |
| TOTAL | 94.33 | | 956.01 |

**NET PAY**

| *THIS PERIOD ($)* | *YTD ($)* |
|---|---|
| **534.51** | **5417.28** |

Payrolls by Paychex, Inc.

**0027 1303-8541** Al-Mar RV INC • 15799 Young Rd • Greencastle PA 17225 • (717) 597-0939

AL-MAR RV INC
15799 YOUNG RD
GREENCASTLE PA 17225

1303-8541
ORG1:2 Sales
EE ID: 64 DD

Payrolls by Paychex, Inc.

JASON LANDER
6745 LITTLE COVE ROAD
MERCERSBURG PA 17236

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Jason Lander
6745 Little Cove Road
Mercersburg, PA 17236
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 64

**Home Department:** 2 Sales

**Pay Period:** 03/01/19 **to** 03/31/19
**Check Date:** 04/02/19 **Check #:** 7061

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0508 | 3693.46 | 9110.74 |
| **NET PAY** | **3693.46** | **9110.74** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Commission | | | 4450.00 | | 6650.00 |
| Commissio Units | | | | 1.00 | 300.00 |
| Hourly | | | | 536.83 | 3892.02 |
| Overtime | | | | 67.95 | 738.96 |
| Bonus | | | 1000.00 | | 1000.00 |
| Holiday | | | | 16.00 | 116.00 |
| **Total Hours** | | | | 620.78 | |
| **Gross Earnings** | | | 5450.00 | | 12696.98 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 337.90 | 787.21 |
| Medicare | | 79.03 | 184.11 |
| Fed Income Tax | M 9 | 460.73 | 460.73 |
| PA Income Tax | | 167.32 | 389.80 |
| PA Unemploy | | 3.27 | 7.62 |
| PA ANTRI-Fra Inc | | 54.50 | 126.97 |
| PA LANTR-Fra LS | | 2.00 | 22.00 |
| **TOTAL** | | 1104.75 | 1978.44 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 651.79 | 2076.99 | 1607.80 |
| **TOTAL** | 651.79 | | 1607.80 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3693.46** | **9110.74** |

Payrolls by Paychex, Inc.

**0027 1303-8541** Al-Mar RV INC • 15799 Young Rd • Greencastle PA 17225 • (717) 597-0939

AL-MAR RV INC
15799 YOUNG RD
GREENCASTLE PA 17225

1303-8541
ORG1:2 Sales
EE ID: 64 DD

Payrolls by Paychex, Inc.

JASON LANDER
6745 LITTLE COVE ROAD
MERCERSBURG PA 17236

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Jason Lander
6745 Little Cove Road
Mercersburg, PA 17236
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 64

**Home Department:** 2 Sales

**Pay Period:** 03/25/19 **to** 04/07/19
**Check Date:** 04/09/19 **Check #:** 7097

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0508 | 473.53 | 9584.27 |
| **NET PAY** | **473.53** | **9584.27** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Commission | | | | | 6650.00 |
| Commissio Units | | | | 1.00 | 300.00 |
| Hourly | 77.44 | 7.2500 | 561.44 | 614.27 | 4453.46 |
| Overtime | 6.65 | 10.8750 | 72.32 | 74.60 | 811.28 |
| Bonus | | | | | 1000.00 |
| Holiday | | | | 16.00 | 116.00 |
| **Total Hours** | 84.09 | | | 704.87 | |
| **Gross Earnings** | | | 633.76 | | 13330.74 |
| **Total Hrs Worked** | 84.09 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 39.30 | 826.51 |
| Medicare | | 9.19 | 193.30 |
| Fed Income Tax | M 9 | | 460.73 |
| PA Income Tax | | 19.46 | 409.26 |
| PA Unemploy | | 0.38 | 8.00 |
| PA ANTRI-Fra Inc | | 6.34 | 133.31 |
| PA LANTR-Fra LS | | 2.00 | 24.00 |
| TOTAL | | 76.67 | 2055.11 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 83.56 | 1993.43 | 1691.36 |
| TOTAL | 83.56 | | 1691.36 |

**NET PAY**

| THIS PERIOD ($) | YTD ($) |
|---|---|
| **473.53** | **9584.27** |

Payrolls by Paychex, Inc.

**0027 1303-8541** Al-Mar RV INC • 15799 Young Rd • Greencastle PA 17225 • (717) 597-0939

AL-MAR RV INC
15799 YOUNG RD
GREENCASTLE PA 17225

1303-8541
ORG1:2 Sales
EE ID: 64 DD

Payrolls by Paychex, Inc.

JASON LANDER
6745 LITTLE COVE ROAD
MERCERSBURG PA 17236

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Jason Lander
6745 Little Cove Road
Mercersburg, PA 17236
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 64

**Home Department:** 2 Sales

**Pay Period:** 04/08/19 to 04/21/19
**Check Date:** 04/23/19 **Check #:** 7150

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0508 | 518.21 | 10102.48 |
| **NET PAY** | **518.21** | **10102.48** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Commission | | | | | 6650.00 |
| Commissio Units | | | | 1.00 | 300.00 |
| Hourly | 80.00 | 7.2500 | 580.00 | 694.27 | 5033.46 |
| Overtime | 10.42 | 10.8750 | 113.32 | 85.02 | 924.60 |
| Bonus | | | | | 1000.00 |
| Holiday | | | | 16.00 | 116.00 |
| **Total Hours** | 90.42 | | | 795.29 | |
| **Gross Earnings** | | | 693.32 | | 14024.06 |
| **Total Hrs Worked** | 90.42 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 42.98 | 869.49 |
| Medicare | | 10.05 | 203.35 |
| Fed Income Tax | M 9 | | 460.73 |
| PA Income Tax | | 21.28 | 430.54 |
| PA Unemploy | | 0.42 | 8.42 |
| PA ANTRI-Fra Inc | | 6.93 | 140.24 |
| PA LANTR-Fra LS | | 2.00 | 26.00 |
| TOTAL | | 83.66 | 2138.77 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 91.45 | 1901.98 | 1782.81 |
| TOTAL | 91.45 | | 1782.81 |

**NET PAY**

| THIS PERIOD ($) | YTD ($) |
|---|---|
| **518.21** | **10102.48** |

Payrolls by Paychex, Inc.

**0027 1303-8541** Al-Mar RV INC • 15799 Young Rd • Greencastle PA 17225 • (717) 597-0939