```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                  Case No. 19-01985-HWV
Jason Edward Lander                                                     Chapter 13
Madalyn Michelle Lander
       Debtors
                            CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 2            Date Rcvd: Jun 18, 2019
                              Form ID: ntcnfhrg           Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db/jdb         +Jason Edward Lander,   Madalyn Michelle Lander,   6745 Little Cove Road,
                 Mercersburg, PA 17236-9435
cr            ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI  48034)
5195725        +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5195738        +Chambersburg Diagnostic Imaging,   PO Box 826618,   Philadelphia, PA 19182-6618
5195739        +Chambersburg Hospital,   760 E. Washington Street,   Chambersburg, PA 17201-2751
5195740        +Chambersburg Imaging Assoc.,   25 Penncraft Avenue,   Suite E,   Chambersburg, PA 17201-1649
5195741        +Commercial Acceptance Company,   2300 Gettysburg Road,   Suite 102,   Camp Hill, PA 17011-7303
5195742        +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
5195746        +Debt Mngmnt & Collections System,   Default Resolution Group,   PO Box 5609,
                 Greenville, TX 75403-5609
5195749        +Fulton County Medical Center,   214 Peach Orchard Road,   Mc Connellsburg, PA 17233-1399
5195750         Hershey Medical Center,   PO Box 854 Mail Code A410,   Hershey, PA 17033-0854
5195752         MSHMC Phsicians Group,   Billing Services,   PO Box 854,   PA 17033-0854
5195751        +McCleary Heating and Cooling,   198 Sunset Blvd. E,   Chambersburg, PA 17202-7953
5195759        +PNC Bank,   Attn: Bankruptcy Department,   Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
5195755        +Parkway Neuroscience & Spine Instit,   17 Western Maryland Parkway,   Suite 100,
                 Hagerstown, MD 21740-5471
5195756        +Parkway Surgery Center,   17 Western Maryland Parkway,   Suite 102,   Hagerstown, MD 21740-5471
5195758        +Penn Credit,   Attn: Bankruptcy,   Po Box 988,   Harrisburg, PA 17108-0988
5195760         Progressive Leasing,   PO Box 413110,   Salt Lake City, UT 84141-3110
5195761        +RoundPoint Mortgage Servicing Corporatio,   Attn: Bankruptcy,   Po Box 19409,
                 Charlotte, NC 28219-9409
5212056        +RoundPoint Mortgage Servicing Corporation,   5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
5195762         State Univ. of NY College Brockport,   350 Campus Drive,   Brockport, NY 14420-2914
5195763        +Summit Physician Services,   785 5th Avenue, Suite 3,   Chambersburg, PA 17201-4232
5195764        +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657
5195765        +Yk Cr Bureau,   33 S Duke St,   York, PA 17401-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5195724        +E-mail/Text: legal@blirentals.com Jun 18 2019 19:44:53     BLI Rental,   PO Box 992,
                 Emporia, KS 66801-0992
5195737        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 19:55:31      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5212063        +E-mail/Text: bankruptcy@cavps.com Jun 18 2019 19:45:23     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5195743        +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 18 2019 19:45:25
                 Credit Management Company,   Attn: Bankruptcy,   2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
5211482        +E-mail/Text: ecfbankruptcy@progleasing.com Jun 18 2019 19:45:19      NPRTO North-East, LLC,
                 256 West Data Drive,   Draper, UT 84020-2315
5195753        +E-mail/Text: Bankruptcies@nragroup.com Jun 18 2019 19:45:35      National Recovery Agency,
                 Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
5195757        +E-mail/Text: bankruptcy@patriotfcu.org Jun 18 2019 19:45:19      Patriot Fcu,   800 Wayne Ave,
                 Chambersburg, PA 17201-3810
5208165        +E-mail/Text: bankruptcy@patriotfcu.org Jun 18 2019 19:45:19      Patriot Federal Credit Union,
                 PO Box 778,   Chambersburg, PA 17201-0778
5201947         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2019 19:45:09
                 Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5195730*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5195731*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5195732*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5195733*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5195734*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5195735*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5195736*       +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
5195726*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5195727*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5195728*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5195729*        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill, PA 17001-8875
5195744*        +Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Road,
                  Pittsburgh, PA 15205-3956
5195745*        +Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Road,
                  Pittsburgh, PA 15205-3956
5195747*        +Debt Mngmnt & Collections System,    Default Resolution Group,    PO Box 5609,
                  Greenville, TX 75403-5609
5195748*        +Debt Mngmnt & Collections System,    Default Resolution Group,    PO Box 5609,
                  Greenville, TX 75403-5609
5195754*        +National Recovery Agency,    Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
                                                                                 TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Mark A. Buterbaugh     on behalf of Debtor 1 Jason Edward Lander Mooneybkecf@gmail.com,
               buterbaughmr61895@notify.bestcase.com
              Mark A. Buterbaugh     on behalf of Debtor 2 Madalyn Michelle Lander Mooneybkecf@gmail.com,
               buterbaughmr61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig     on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                           TOTAL: 6
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Jason Edward Lander, <br><br> **Debtor 1** <br><br> Madalyn Michelle Lander, <br> aka Madalyn Freeburger, <br><br> **Debtor 2** | Chapter     13 <br><br> Case No.     1:19−bk−01985−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 17, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Ronald Reagan Federal Building, <br> Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, <br> Harrisburg, PA 17101 | Date: July 24, 2019 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 18, 2019 |

ntcnfhrg (03/18)