UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON EDWARD LANDER and MADALYN MICHELLE LANDER<br>　　　Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　　　Movant | : | |
| vs. | : | |
| JASON EDWARD LANDER and MADALYN MICHELLE LANDER<br>　　　Respondent(s) | : | CASE NO.   1-19-bk-01985 |

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this   22nd   day of August, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

　　　1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

　　　2.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

　　　　　a.  Paystub for month ending July 31, 2019.   (Second request)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

　　　　　a.  Deny confirmation of debtor(s) plan.
　　　　　b.  Dismiss or convert debtor(s) case.
　　　　　c.  Provide such other relief as is equitable and just.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　Charles J. DeHart, III
　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　(717) 566-6097

　　　　　　　BY:　　　/s/James K. Jones
　　　　　　　　　　　　　　　　Attorney for Trustee

## CERTIFICATE OF SERVICE

    AND NOW, this 22nd day of August, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Mark Buterbaugh, Esquire
230 York Street
Hanover, PA  17331

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee