## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-01985** |
| **Jason Edward Lander** | : | **Chapter 13** |
| **Madalyn Michelle Lander AKA** | : | **Judge Henry W. Van Eck** |
| **Madalyn Freeburger** | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Date and Time of Hearing |
| | : | Place of Hearing |
| **Movant,** | : | September 24, 2019 at 09:30 a.m. |
| vs | : | |
| | : | Ronald Reagan Federal Building |
| **Jason Edward Lander** | : | 228 Walnut Street Rm 320 |
| **Madalyn Michelle Lander AKA** | : | Harrisburg, PA, 17101 |
| **Madalyn Freeburger** | : | |

**Charles J DeHart, III (Trustee)**
**Respondents.**

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS 2004 FORD TRUCK F250 SUPER DUTY-V8 VIN# 1FTNW21P04EC70849 (DOCUMENT NO. 31)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on August 26, 2019 at Document No. 31 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 9, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter
Karina Velter, Esquire (94781)

19-027365_EJS1

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-027365_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 19-01985 |
| **Jason Edward Lander** | **Chapter 13** |
| **Madalyn Michelle Lander AKA** | **Judge Henry W. Van Eck** |
| **Madalyn Freeburger** | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | Date and Time of Hearing |
| | Place of Hearing |
| Movant, | September 24, 2019 at 09:30 a.m. |
| vs | |
| | Ronald Reagan Federal Building |
| **Jason Edward Lander** | **228 Walnut Street Rm 320** |
| **Madalyn Michelle Lander AKA** | **Harrisburg, PA, 17101** |
| **Madalyn Freeburger** | |

**Charles J DeHart, III (Trustee)**
           **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection regarding the Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to repossess property known as 2004 Ford Truck F250 Super Duty-V8 VIN# 1FTNW21P04EC70849 was served on the parties listed below via e-mail notification:

  United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

  Charles J DeHart, III (Trustee), Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

  Mark A. Buterbaugh, Attorney for Jason Edward Lander and Madalyn Michelle Lander AKA Madalyn Freeburger, Mooney Law, 230 York Street, Hanover, PA 17331, Mooneybkecf@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 10, 2019:

19-027365_EJS1

Jason Edward Lander and Madalyn Michelle Lander AKA Madalyn Freeburger, 6745 Little Cove Road, Mercersburg, PA 17236

DATE: September 10, 2019

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-027365_EJS1