IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JASON EDWARD LANDER | CHAPTER 13 |
| MADALYN MICHELLE LANDER | CASE NO.: 1:19-bk-01985 |
| DEBTORS | |

NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

Kindly enter my appearance on behalf of Debtors, Jason Edward Lander and Madalyn Michelle Lander, for the above referenced case.

        **By: /s/ Nicholas G. Platt**
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: December 22, 2021