UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

IN RE: JASON LANDER  CASE NO: 19-01985

CHAPTER: 13

Debtor (s)

**NOTICE OF CLAIM SATISFACTION**

As to Claim 8-2 filed on 12/19/2019, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

05/15/2024  /s/Anthony Vasquez
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:19-bk-01985-HWV    Doc 46    Filed 05/15/24    Entered 05/15/24 11:58:18    Desc
Main Document      Page 1 of 2

# CERTIFICATE OF SERVICE

UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

| | | | |
|---|---|---|---|
| IN RE: | JASON LANDER | CASE NO: | 19-01985 |
| | | CHAPTER: | 13 |

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on 05/15/2024, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

05/15/2024

/s/Anthony Vasquez
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:19-bk-01985-HWV    Doc 46    Filed 05/15/24    Entered 05/15/24 11:58:18    Desc
Main Document    Page 2 of 2