# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Jason Edward Lander
    Madalyn Michelle Lander

Case No.:1-19-01985 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Freedom |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 4542 |
| Property Address if applicable: | 6745 Little Cove Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $11,653.17 |
| b. | Prepetition arrearages paid by the trustee: | $11,653.17 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $11,653.17 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: June 25, 2024

                                                      Respectfully submitted,

                                                     /s/ Jack N. Zaharopoulos
                                                     Standing Chapter 13 Trustee
                                                     Suite A, 8125 Adams Drive
                                                     Hummelstown, PA  17036
                                                     Phone:  (717) 566-6097
                                                     Fax:  (717) 566-8313
                                                     email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Jason Edward Lander
Madalyn Michelle Lander

Case No.:1-19-01985 HWV

Chapter 13

**Debtor(s)**

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 25, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Freedom Mortgage Corporation
PO Box 50485
Indianapolis IN 46250-0485

Jason Edward Lander
Madalyn Michelle Lander
6745 Little Cove Rd
Mercersburg PA 17236

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 25, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-01985  JASON EDWARD LANDER

FREEDOM MORTGAGE CORPORATION
10500 KINCAID DRIVE
CASH PROCESSING
FISHERS, IN  46037-

Sequence: 24
Modify:
Filed Date: 6/18/2019  12:00:00AM
Hold Code:

Acct No: 4542/PRE ARREARS/6745 LIT

|  |  |
|---|---|
| Amt Sched: $176,203.00 | Debt: $11,653.17 |
| Amt Due: $0.00 | Paid: $11,653.17 |
| Interest Paid: $0.00 | Accrued Int: $0.00 |
| Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/17/2024 | 2035347 | $174.63 | $0.00 | $174.63 | 04/29/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/14/2024 | 2034385 | $234.45 | $0.00 | $234.45 | 03/22/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/14/2024 | 2033430 | $234.45 | $0.00 | $234.45 | 02/26/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/12/2024 | 2032518 | $234.44 | $0.00 | $234.44 | 01/19/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/19/2023 | 2031596 | $234.45 | $0.00 | $234.45 | 01/02/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/15/2023 | 2030653 | $234.45 | $0.00 | $234.45 | 11/28/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2023 | 2029703 | $234.45 | $0.00 | $234.45 | 10/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/19/2023 | 2028705 | $246.68 | $0.00 | $246.68 | 09/27/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/09/2023 | 2027693 | $246.68 | $0.00 | $246.68 | 08/23/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/11/2023 | 2026731 | $246.68 | $0.00 | $246.68 | 07/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/13/2023 | 2025814 | $246.68 | $0.00 | $246.68 | 06/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/16/2023 | 2024847 | $236.99 | $0.00 | $236.99 | 05/24/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/18/2023 | 2023825 | $237.00 | $0.00 | $237.00 | 04/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/15/2023 | 2022813 | $236.99 | $0.00 | $236.99 | 03/23/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/15/2023 | 2021800 | $237.00 | $0.00 | $237.00 | 02/24/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/18/2023 | 2020802 | $237.00 | $0.00 | $237.00 | 01/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/13/2022 | 2019815 | $236.99 | $0.00 | $236.99 | 12/22/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2022 | 2018857 | $237.00 | $0.00 | $237.00 | 12/14/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2022 | 2017801 | $249.99 | $0.00 | $249.99 | 10/26/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/13/2022 | 2016769 | $250.00 | $0.00 | $250.00 | 09/30/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/17/2022 | 2015719 | $249.99 | $0.00 | $249.99 | 09/08/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/13/2022 | 2014672 | $232.66 | $0.00 | $232.66 | 08/10/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/14/2022 | 2013705 | $232.67 | $0.00 | $232.67 | 07/14/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/17/2022 | 2012655 | $232.66 | $0.00 | $232.66 | 05/26/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/12/2022 | 2011593 | $232.66 | $0.00 | $232.66 | 04/28/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/16/2022 | 2010578 | $232.67 | $0.00 | $232.67 | 04/06/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/16/2022 | 2009599 | $232.66 | $0.00 | $232.66 | 03/15/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008605 | $232.67 | $0.00 | $232.67 | 02/09/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007594 | $232.66 | $0.00 | $232.66 | 12/28/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2021 | 2006567 | $232.66 | $0.00 | $232.66 | 11/24/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/14/2021 | 2005525 | $239.55 | $0.00 | $239.55 | 10/29/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/14/2021 | 2004504 | $239.54 | $0.00 | $239.54 | 09/22/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/18/2021 | 2003464 | $239.55 | $0.00 | $239.55 | 08/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/14/2021 | 2002425 | $239.54 | $0.00 | $239.54 | 08/02/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/16/2021 | 2001448 | $239.55 | $0.00 | $239.55 | 06/30/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/18/2021 | 2000433 | $231.90 | $0.00 | $231.90 | 05/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/15/2021 | 1229060 | $231.90 | $0.00 | $231.90 | 04/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/17/2021 | 1228037 | $231.90 | $0.00 | $231.90 | 03/30/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/17/2021 | 1227029 | $231.89 | $0.00 | $231.89 | 02/24/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2021 | 1226005 | $463.80 | $0.00 | $463.80 | 02/02/2021 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 12/10/2020 | 1224577 | $231.90 | $0.00 | $231.90 | 12/18/2020 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 10/15/2020 | 1222799 | $229.35 | $0.00 | $229.35 | 10/20/2020 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 09/17/2020 | 1221813 | $229.35 | $0.00 | $229.35 | 09/23/2020 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 08/12/2020 | 1220755 | $458.70 | $0.00 | $458.70 | 08/19/2020 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 07/07/2020 | 1219710 | $229.35 | $0.00 | $229.35 | 07/20/2020 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 06/02/2020 | 1218687 | $229.36 | $0.00 | $229.36 | 06/09/2020 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 04/14/2020 | 1216710 | $267.12 | $0.00 | $267.12 | 04/20/2020 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 03/12/2020 | 1215432 | $117.96 | $0.00 | $117.96 | 03/31/2020 |
| | | | | Sub-totals: | $11,653.17 | $0.00 | $11,653.17 | |
| | | | | Grand Total: | $11,653.17 | $0.00 | | |