United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-01985-HWV
Jason Edward Lander  Chapter 13
Madalyn Michelle Lander
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 24, 2024 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Edward Lander, Madalyn Michelle Lander, 6745 Little Cove Road, Mercersburg, PA 17236-9435 |
| 5195738 | + | Chambersburg Diagnostic Imaging, PO Box 826618, Philadelphia, PA 19182-6618 |
| 5195739 | #+ | Chambersburg Hospital, 760 E. Washington Street, Chambersburg, PA 17201-2751 |
| 5195740 | + | Chambersburg Imaging Assoc., 25 Penncraft Avenue, Suite E, Chambersburg, PA 17201-1649 |
| 5195750 | | Hershey Medical Center, PO Box 854 Mail Code A410, Hershey, PA 17033-0854 |
| 5195752 | | MSHMC Phsicians Group, Billing Services, PO Box 854, PA 17033-0854 |
| 5195751 | + | McCleary Heating and Cooling, 198 Sunset Blvd. E, Chambersburg, PA 17202-7953 |
| 5195755 | + | Parkway Neuroscience & Spine Instit, 17 Western Maryland Parkway, Suite 100, Hagerstown, MD 21740-5471 |
| 5195756 | + | Parkway Surgery Center, 17 Western Maryland Parkway, Suite 102, Hagerstown, MD 21740-5471 |
| 5195760 | | Progressive Leasing, PO Box 413110, Salt Lake City, UT 84141-3110 |
| 5195762 | | State Univ. of NY College Brockport, 350 Campus Drive, Brockport, NY 14420-2914 |
| 5195763 | + | Summit Physician Services, 785 5th Avenue, Suite 3, Chambersburg, PA 17201-4232 |
| 5195765 | + | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jun 24 2024 18:46:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5195724 | + | Email/Text: cfulk@hci.net | Jun 24 2024 18:46:00 | BLI Rental, PO Box 992, Emporia, KS 66801-0992 |
| 5195725 | + | Email/Text: Bankruptcy@BAMcollections.com | Jun 24 2024 18:46:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195737 | + | EDI: CAPITALONE.COM | Jun 24 2024 22:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5217821 | | EDI: CAPITALONE.COM | Jun 24 2024 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5212063 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2024 18:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5195741 | + | Email/Text: dylan.succa@commercialacceptance.net | Jun 24 2024 18:46:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5195742 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 24 2024 18:46:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 5195743 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 24 2024 18:46:00 | Credit Management Company, Attn: Bankruptcy, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5195746 | ^ | MEBN | Jun 24 2024 18:40:18 | Debt Mngmnt & Collections System, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 5195749 | | Email/Text: mcarowick@fcmcpa.org | Jun 24 2024 18:46:00 | Fulton County Medical Center, 214 Peach Orchard Road, Mc Connellsburg, PA 17233 |
| 5381189 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 24 2024 18:46:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5381190 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 24 2024 18:46:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5211482 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 24 2024 18:46:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5195753 | + | Email/Text: Bankruptcies@nragroup.com | Jun 24 2024 18:46:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5195759 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2024 18:46:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5195757 | + | Email/Text: bankruptcy@patriotfcu.org | Jun 24 2024 18:46:00 | Patriot Fcu, 800 Wayne Ave, Chambersburg, PA 17201-3810 |
| 5208165 | + | Email/Text: bankruptcy@patriotfcu.org | Jun 24 2024 18:46:00 | Patriot Federal Credit Union, PO Box 778, Chambersburg, PA 17201-0778 |
| 5195758 | | Email/Text: bankruptcies@penncredit.com | Jun 24 2024 18:46:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 5201947 | | EDI: PENNDEPTREV | Jun 24 2024 22:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5201947 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5195761 | ^ | MEBN | Jun 24 2024 18:40:19 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 5212056 | ^ | MEBN | Jun 24 2024 18:40:24 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 5213839 | + | EDI: WFFC2 | Jun 24 2024 22:39:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 5195764 | + | EDI: WFFC2 | Jun 24 2024 22:39:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5195728 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195729 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195730 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195731 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195732 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |

| | | |
|---|---|---|
| 5195733 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195734 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195735 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195736 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195726 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195727 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5195744 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5195745 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5195747 | *+ | Debt Mngmnt & Collections System, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 5195748 | *+ | Debt Mngmnt & Collections System, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 5195754 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mark A. Buterbaugh | on behalf of Debtor 1 Jason Edward Lander Mooneybkecf@gmail.com buterbaughmr61895@notify.bestcase.com |
| Mark A. Buterbaugh | on behalf of Debtor 2 Madalyn Michelle Lander Mooneybkecf@gmail.com buterbaughmr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Madalyn Michelle Lander ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Jason Edward Lander ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jason Edward Lander<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8860<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Madalyn Michelle Lander<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5223<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-01985-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason Edward Lander

Madalyn Michelle Lander
aka Madalyn Freeburger

**By the court:**

6/24/24

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W         **Chapter 13 Discharge**         page 2