**Fill in this information to identify the case:**

Debtor 1    Jason Edward Lander

Debtor 2    Madalyn Michelle Lander
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u>

Case number    <u>19-01985 HWV</u>

Form 4100R

# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:**    Freedom Mortgage Corporation    **Court claim no.** (if known):    6

**Last 4 digits** of any number you use to identify the debtor's account:    4542

**Property address:**
6745 Little Cove Road
Mercersburg, PA 17236

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    07 / 01 / 2024

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:    (a)    $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)    $ _____

c.  **Total.** Add lines a and b.    (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

☒ /s/ *Brent J. Lemon*
PA Middle BK
16 Jul 2024, 10:24:23, EDT

Date   07/16/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                    Response to Notice of Final Cure Payment                    page 2

Document ID: 417a4c4e8d12f8f97b10f1ddc071fdde07d03a6bb1429282da4b7fe6547b3d3c
Case 1:19-bk-01985-HWV   Doc 55   Filed 07/16/24   Entered 07/16/24 13:54:14   Desc
Main Document      Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jason Edward Lander**<br>    **Madalyn Michelle Lander**<br>                           **Debtor(s)**<br><br>**Freedom Mortgage Corporation**<br><br>                           **Movant**<br>    vs.<br><br>**Jason Edward Lander**<br>**Madalyn Michelle Lander**<br>                           **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>                           **Trustee** | BK NO. 19-01985 HWV<br><br>Chapter 13<br><br>Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 16, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Jason Edward Lander
6745 Little Cove Road
Mercersburg, PA 17236

Madalyn Michelle Lander
6745 Little Cove Road
Mercersburg, PA 17236

Attorney for Debtor(s) (via ECF)
Mark A. Buterbaugh
Mooney Law
230 York Street
Hanover, PA 17331

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first- class mail.

Dated: <u>July 16, 2024</u>

                                             */s/ Brent J. Lemon*
                                             Brent J. Lemon
                                             Attorney I.D. 86478
                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             (412) 475-8764
                                             blemon@kmllawgroup.com